George E. Gorman and Watson J. Ferry, for appellants Chicago Railways Co. and Chicago City Ry. Co.; W. W. Gurley and J. R. Guilliams, of counsel. Brown, Brown & Brown and Tenney, Harding & Sherman, for appellant P. J. Hursen. Charles C. Spencer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Irving I. Schott and Albert M. Schott, trading as Schott Brothers, appellees, v. Manhattan Glove Company, appellant. Gen. No. 25,721.**

Action for damages for breach of contract to sell and deliver gloves. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed June 18, 1921.

M. M. Jacobs, for appellant. Baker & Holder, for appellees; William F. Schmidt, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Delia Garvey, appellee, v. Newton R. Gilmore, appellant. Gen. No. 25,753.**

Action on the case for money alleged to have been fraudulently obtained by defendants as a loan. Case dismissed as to one defendant and judgment by default against appellant. Motion to vacate the judgment denied. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

John J. Whiteside, for appellant. Davis, McDonnell & Sager, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**William Kanner, appellee, v. C. H. Morgan Grocery Company, appellant. Gen. No. 26,004.**

Action for damages for personal injuries received in a collision of plaintiff's bicycle with defendant's delivery auto-truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921.

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. C. E. Stenning and Rose & Symmes, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Adolf Bender, appellant, v. Jacob Shafer and Joseph C. Klein, appellees. Gen. No. 26,030.**

Replevin for store fixtures and personal property. Judgment for defendants. Motion to vacate on ground of newly discovered evidence denied. Appeal from the Municipal Court of Chicago; the Hon. O. C. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 24, 1921. Rehearing denied July 11, 1921.

Richard E. Kropf, for appellant. Frank N. Reed, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.